PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $27,350.00 IN U.S. CURRENCY,<br><br>          Defendant. | 2:22-MC-00019-TLN-KJN<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

It is hereby stipulated by and between the United States of America and potential claimant Corey Witherow ("claimant"), by and through their respective counsel, as follows:

1. On or about October 19, 2021, claimant filed a claim in the administrative forfeiture proceeding with the United States Postal Inspection Service ("USPIS") with respect to the Approximately $27,350.00 in U.S. Currency (hereafter "defendant currency"), which was seized on July 28, 2021.

2. The USPIS has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture

proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is January 17, 2022.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to March 18, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to March 18, 2022.

Dated:   01/14/22               PHILLIP A. TALBERT
                                United States Attorney

                        By:     /s/ Kevin C. Khasigian
                                KEVIN C. KHASIGIAN
                                Assistant United States Attorney


Dated:   01/13/22               /s/ Jacek Lentz
                                JACEK LENTZ
                                Attorney for potential claimant
                                Corey Witherow
                                (Signature authorized by email)


**IT IS SO ORDERED**.

Dated: January 14, 2022

                                Troy L. Nunley
                                United States District Judge